UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAUGERTIES SNACK SHOP, INC., <br><br> Defendant. | Civil Case No. 1:22-CV-00335-TJM-ATB |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Juul Labs, Inc., and Saugerties Snack Shop, Inc., hereby stipulate to the dismissal with prejudice of the above-captioned action. The parties shall bear and be solely responsible for their own respective attorneys' fees and costs incurred in connection with and related to this action.

SO STIPULATED, this 7th day of November, 2022.

RATH, YOUNG AND PIGNATELLI, P.C.

By: _____
R. Terry Parker, Esq.
rtp@rathlaw.com
RATH, YOUNG and PIGNATELLI, P.C.
120 Water Street, 2nd Floor
Boston, MA 02109

*Attorneys for Plaintiff*

FITZPATRICK & HUNT, PAGANO, AUBERT, LLP

By: Matthew D. Kennedy/et
Matthew D. Kennedy, Esq.
Matthew.kennedy@fitzhunt.com
FITZPATRICK & HUNT, PAGANO, AUBERT, LLP
1 Landmark Square, 21st Floor
Stamford, CT 06901

*Attorneys for Defendant*

**SO ORDERED**

_____
United States District Judge